**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **JOSEPH ANTHONY GITTENS,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:20-cv-456 (MTT) |
| **WARDEN MORALES,** *et al.*, | ) |
| **Defendants.** | ) |

## ORDER

United States Magistrate Judge Thomas Q. Langstaff recommends denying the plaintiff's motion for default judgment (Doc. 64) because entry of default as to the defendants has been set aside. Doc. 80. The plaintiff has not objected to the Recommendation, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error. After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 80) is **ADOPTED** and made the order of the Court. Accordingly, the plaintiff's motion for default judgment (Doc. 64) is **DENIED**.

**SO ORDERED**, this 17th day of November, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT